IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MITCHELL M. MONTEVERDI,

    Plaintiff,

vs.                                          CASE NO.: 4:10-cv-77-SPM-WCS

DENNIS A. WILLIAMSON,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 21). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 21) is *adopted* and incorporated by reference in this order.

2. The Motion to Dismiss (doc. 12) is granted, and the case is *dismissed as moot.*

3. The Motion for Temporary Injunction (doc. 1) is denied.

DONE AND ORDERED this <u>seventh</u> day of October, 2010.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       Chief United States District Judge